# Order

Michigan Supreme Court
Lansing, Michigan

February 27, 2006

129583

THOMAS A. LADD,
      Plaintiff-Appellant,

v

JAMES J. GORMAN and MARY E. THOMSON,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129583
COA: 262966
Kent CC: 04-003688-AV

      On order of the Court, the application for leave to appeal the August 17, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

l0221